## Exhibit A

| Field | Applicable Record Types | Notes |
|---|---|---|
| BEGBATES | All | |
| ENDBATES | All | |
| BEGATTACH | All | Describes range of related documents from email/attachment family or reflects logical document boundaries from scanned docs. |
| ENDATTACH | All | |
| CUSTODIAN | All | |
| ALL CUSTODIANS | All | To the extent feasible, multiple values to account for deduplication. |
| FILE NAME | All, except for Email | |
| FILE PATH | All, except for Email | Original file path only, if available |
| FILE SIZE | All | |
| FILE EXTENSION | All | |
| SENT DATE | Email | This is a single date-time field |
| DATE CREATED | All, except for Email | This is a single date-time field |
| DATE MODIFIED | All, except for Email | This is a single date-time field |
| LAST MODIFIED DATE | All, except for Email | This is a single date-time field |
| TITLE | All, except for Email | |
| SUBJECT | Email | |
| AUTHOR | Email and, to the extent available, all other record types | |
| FROM | Email and, to the extent available, all other record types | |
| RECIPIENT/TO | Email | |
| CC | Email | |
| BCC | Email | |
| FULLTEXT | All | Printed or extracted text for e-mail and e-docs, OCR for scanned docs. |
| NATIVELINK | All (as applicable) | Provide link to native file, as applicable |
| CONFIDENTIAL | All | Confidentiality designation |