# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., THE UNIVERSITY OF CHICAGO, LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>          Plaintiffs, <br><br>     v. <br><br> STILLA TECHNOLOGIES, INC., and STILLA TECHNOLOGIES, <br><br>          Defendants. | C.A. No. 1:19-cv-11587-WGY |
| BIO-RAD LABORATORIES, INC. and PRESIDENT AND FELLOWS OF HARVARD COLLEGE <br><br>          Plaintiffs, <br><br>     v. <br><br> 10X GENOMICS, INC., <br><br>          Defendant. | C.A. No. 1:19-cv-12533-WGY |
| 10X GENOMICS, INC., <br><br>          Counterclaim Plaintiff, <br><br>     and <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>          Counterclaim Co-Plaintiff as to certain claims, <br><br>     v. <br><br> BIO-RAD LABORATORIES, INC., <br><br>          Counterclaim Defendant, <br><br>     and <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>          Counterclaim Co-Defendant as to DJ counterclaims. | |

**[PROPOSED] AMENDED PRETRIAL SCHEDULE**

IT IS HEREBY ORDERED that the schedule and deadlines in Civil Action No. 1:19-cv-11587-WGY and Civil Action No. 1:19-cv-12533-WGY is amended as follows:

## PRETRIAL SCHEDULE

| Event | Patent Cases (10X and Stilla)[1] | Antitrust Case (10X Claims) |
|---|---|---|
| Completion of ESI Production for Norman Schwartz and Serge Saxonov | 2021-01-12 (Tue) | 2021-01-12 (Tue) |
| Completion of Discovery ordered by the Court on October 20, 2020 (ECF No. 186) | 2021-01-22 (Fri) | 2021-01-22 (Fri) |
| Substantial Completion[2] of ESI Production for Terms Agreed prior to 1/1/2021 | 2021-01-22 (Fri) | 2021-01-22 (Fri) |
| Close of Fact Discovery | 2021-01-29 (Fri) | 2021-01-29 (Fri) |
| Opening Expert Reports | 2021-02-05 (Fri) | 2021-03-03 (Wed) |
| Rebuttal Expert Reports[3] | 2021-03-04 (Thu) | 2021-04-16 (Fri) |
| Close of Expert Discovery, Including Expert Depositions | 2021-03-18 (Thu) | 2021-05-07 (Fri) |
| Filing Dispositive/Daubert Motions | 2021-04-06 (Tue) | 2021-05-25 (Tue) |
| Opposition Briefs to Dispositive/Daubert Motions | 2021-04-27 (Tue) | 2021-06-14 (Mon) |
| Reply Motion Briefs | 2021-05-11 (Tue) | 2021-06-28 (Mon) |

---

[1] The Court has not decided whether the patent portion of the 10X Case and the Stilla Case will be tried together, and the parties will have an opportunity to submit their positions on the issue. *See* 10X Case ECF No. 39 at 19; Stilla Case ECF No. 59 at 3; Stilla Case ECF No. 78; July 31, 2020 Hearing Transcript at 18:18-19:23.

[2] Substantial Completion of ESI Production requires parties to have completed a good faith review and production of all documents for terms agreed on prior to 1/1/2021, including a review of documents for privilege and a production of documents with privilege redactions.

[3] 10X proposes that the deadline for amendment of pleadings without leave of Court be March 11, 2021 for the patent case and April 23, 2021 for the antitrust case. Bio-Rad does not agree that 10X should be allowed to amend pleadings without leave of Court at this stage. To conserve the Court's and the parties' resources at this time, the parties have agreed to raise this issue with the Court later, if and when 10X attempts to file amended pleadings.

| Event | Patent Cases (10X and Stilla)[1] | Antitrust Case (10X Claims) |
|---|---|---|
| Hearing on Summary Judgment/Daubert | May 18, 2021 or at Court's convenience | July 2, 2021 or at the Court's convenience |
| Pretrial Disclosures | 2021-05-19 (Wed) | 2021-07-21 (Wed) |
| Filing Motions in Limine | 2021-05-21 (Fri) | 2021-07-26 (Mon) |
| Opposition Briefs to Motions in Limine | 2021-05-28 (Fri) | 2021-08-02 (Mon) |
| Conference Concerning Joint Pretrial Memorandum and Settlement Conference | 2021-06-03 (Thu) | 2021-08-04 (Wed) |
| Filing Reply Briefs to Motions in Limine | 2021-06-04 (Fri) | 2021-08-09 (Mon) |
| File Joint Pretrial Memorandum | 2021-06-11 (Fri) | 2021-08-11 (Wed) |
| Final Pretrial Conference | June 18, 2021 or at the Court's convenience | 2021-08-18 (Wed) or at the Court's convenience |
| Parties File Trial Briefs | 2021-06-29 (Tue) | 2021-08-25 (Wed) |
| Trial Ready | 2021-07-06 (Tue)[4] | 2021-09-01 (Wed) |

Dated:_____     SO ORDERED.


_____
Hon. William G. Young
District Judge

---

[4] Pursuant to the Court's instruction at the July 31, 2020, Hearing, the parties note that the Court has not yet decided whether to try the inequitable conduct claims before, at the same time, or after trying the patent claims, and the parties will have an opportunity to submit their positions on the issue. 7/31/2020 Hearing Tr. at 19:19-20:8.