# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BIO-RAD LABORATORIES, INC. et al
      Plaintiffs

V.

STILLA TECHNOLOGIES, INC. et al
      Defendants

CIVIL ACTION

NO.  1:19-11587-WGY

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, DJ

The Court having been advised on  July 3, 2021  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

July 7, 2021  
Date

/s/ Jennifer Gaudet  
Deputy Clerk